AUSA

FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8090

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Daniel AYON | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Daniel AYON did knowingly and intentionally import approximately 28.06 kilograms (61.73 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ST, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Daniel AYON

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On January 30, 2008, at approximately 1635 hours, Daniel AYON entered the United States at the Calexico, California, Port of Entry. AYON was the driver and of 1999 Jeep Grand Cherokee.

In primary, AYON gave Primary Officer Tolentino, a negative oral Customs declaration. AYON told Officer Perez his mother owned the vehicle. Officer Tolentino noted during inspection of the vehicle that spare tire of the vehicle felt unusually solid and heavy. Officer Tolentino referred AYON and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, AYON told Officer Perez he owned the vehicle, but it was registered under his mother's name. AYON told Officer Perez he had brought an Aunt to Mexicali, Baja California, Mexico, and no one else had driven the vehicle while he had been in Mexicali. Officer Perez requested Canine Enforcement Officer Smura sweep the vehicle with his assigned Narcotics Detector Dog. CEO Smura noted his NDD alerted to the rear of the vehicle.

A subsequent inspection of the vehicle revealed 11 packages inside the spare tire of the vehicle. Officer Perez probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 11 packages had a combined net weight of approximately 28.06 kilograms (61.73 pounds).

Maria Ayon, AYON's mother, was called and arrived at the Calexico Port of Entry to collect personal items found in the vehicle. Maria stated her son had borrowed her vehicle to come to work in Westmoreland, California.