08 FEB 13 PM 5:07

BY: PDZ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANIEL AYON, Defendant. | Criminal Case No. 08 CR 0370 JAH |
| | I N D I C T M E N T |
| | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about January 30, 2008, within the Southern District of California, defendant DANIEL AYON did knowingly and intentionally import approximately 28.06 kilograms (approximately 61.73 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

CPH:fer:Imperial
2/7/08

OK

Count 2

On or about January 30, 2008, within the Southern District of California, defendant DANIEL AYON did knowingly and intentionally possess, with intent to distribute, approximately 28.06 kilograms (approximately 61.73 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 13, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney