**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Robert_Henssler@fd.org

Attorneys for Mr. Ayon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN A. HOUSTOIN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL AYON,<br>Defendant. | Case No. 08CR0370-JAH<br><br>ACKNOWLEDGMENT OF NEXT COURT DATE |

I, Daniel Ayon, hereby acknowledge that my next court date to appear in United States District Court for the Southern District of California before Honorable John A. Houston, is April 21, 2008, at 8:30 a.m.

I declare that the foregoing is true and correct.

DATED: 03-06-08

Daniel Ayon
DANIEL AYON, Defendant