**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**SHEREEN CHARLICK**
**California Bar No. 147433**
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Daniel Ayon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL AYON,<br>Defendant. | Case No. 08CR0370-JAH<br><br>Date: April 21, 2008<br>Time: 8:30 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>2) DISMISS THE INDICTMENT BECAUSE 21 U.S.C. § 952 AND 960 ARE UNCONSTITUTIONAL; AND<br>3) LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on April 21, 2008 at 8:30 a.m. , or as soon thereafter as counsel may be heard, defendant, Daniel Ayon, by and through his attorneys, Robert R. Henssler, Jr., Shereen J. Charlick and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

Defendant, Daniel Ayon, by and through his attorneys, Robert R. Henssler, Jr., Shereen J. Charlick and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss the Indictment due to Misinstruction of the Grand Jury;

(2) Dismiss the Indictment Because 21 U.S.C. § 952 and 960 Are Unconstitutional; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED: February 29, 2008

*<u>/s/ Robert R. Henssler</u>*
ROBERT R. HENSSLER JR
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ayon

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph Orabona
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Joseph.Orabona@usdoj.gov

Dated: April 7, 2008

*/s/ Robert R.Henssler, Jr.*
ROBERT R. HENSSLER, JR.
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: Robert_Henssler@fd.org