**ROBERT R. HENSSLER, JR.**
California Bar No. 216165
**SHEREEN CHARLICK**
**California Bar No. 147433**
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Daniel Ayon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>DANIEL AYON, (03)<br>Defendant. | Case No. 08CR0370-JAH<br><br>REQUEST FOR TRANSPORTATION EXPENSES UNDER 18 U.S.C. § 4285 |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
**JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY**

**I.**

**INTRODUCTION**

Magistrate Judge Lewis considered Mr. Ayon's financial situation and determined he qualified for appointed counsel. Mr. Ayon presently lives in Bakersfield. He has a Motion Hearing in this Court on April 21, 2008, at 8:30 a.m. Mr. Ayon cannot afford his transportation to San Diego for the Motion Hearing, nor the cost of lodging. It is an approximately 4 hour drive down from Bakersfield so, he'll need to drive down to San Diego the night before court.

//

//

//

## II.

## THIS COURT CAN ORDER THE MARSHALS TO PAY FOR TRAVEL EXPENSES TO ENABLE DEFENDANTS TO APPEAR AT JUDICIAL PROCEEDINGS

Title 18 U.S.C. §4285 provides, in relevant part:

> Any judge or magistrate judge of the United States, . . . . after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation . . . ., and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. When so ordered, such expenses shall be paid by the marshal out of funds authorized by the Attorney General for such expenses.

18 U.S.C. §4285

Obviously, Mr. Ayon's presence is required for his upcoming Motion Hearing. He is financially unable to provide for his transportation to San Diego. Therefore, he respectfully requests that the Court order the Marshals to provide funds for his fare and subsistence.

## III.

## CONCLUSION

For the reasons stated, Mr. Ayon respectfully requests that the Court grant this motion.

Respectfully submitted,

DATED: April 8, 2008

*/s/ Robert R. Henssler*
ROBERT R. HENSSLER JR
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ayon

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph Orabona
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Joseph.Orabona@usdoj.gov

Dated: April 8, 2008

*/s/ Robert R.Henssler, Jr.*
ROBERT R. HENSSLER, JR.
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: Robert_Henssler@fd.org