UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANIEL AYON, Defendant. | Case No. 08CR0370-JAH<br><br>ORDER FOR TRANSPORTATION EXPENSES AND SUBSISTENCE UNDER 18 U.S.C. § 4285 |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT**:

1. Pursuant to 18 U.S.C. §4285, the Marshals service will provide funds for Mr. Ayon's travel to San Diego for his Court appearances and/or trial.

2. The Marshals Service will provide funds for Mr. Ayon's subsistence during his Court appearances and/or trial.

3. The Marshals Service will provide funds for Mr. Ayon's subsistence at a rate of $79.00 plus tax per night he is required to stay in a hotel.

**SO ORDERED.**

DATED: April 9, 2008

JOHN A. HOUSTON
United States District Judge